CENTER FOR DISABILITY ACCESS
Raymond G. Ballister, Jr. SBN 111282
Phyl Grace, Esq., SBN 171771
8033 Linda Vista Rd., Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker**, <br><br>    Plaintiff, <br><br> v. <br><br> **Westwood Village Properties, LLC**, a Delaware Limited Liability Company; **Mina Faraje**; **David Mansouri**; and Does 1-10, <br><br>    Defendants. | **Case:** 2:20-cv-01018-AB-AS <br><br> **Plaintiff's Notice of Voluntary Dismissal Without Prejudice** <br><br> Fed. R. Civ. P. 41(a)(1)(A)(i) |

**PLEASE TAKE NOTICE** that Plaintiff BRIAN WHITAKER, hereby voluntarily dismisses the above captioned action <u>without</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: March 4, 2020                    CENTER FOR DISABILITY ACCESS


                                        By:     /s/Phyl Grace
                                        Phyl Grace, Esq.
                                        Attorneys for Plaintiff

1